IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

FEDERAL INSURANCE COMPANY,
as subrogee of Forrest County General
Hospital,                                                                                                    PLAINTIFF

VS.                                                                           CIVIL ACTION NO. 2:08cv156 KS-MTP

GENERAL ELECTRIC COMPANY                                                            DEFENDANT

## ORDER

THIS MATTER is before the court on a Motion [32] For Protective Order and an *Ore Tenus* Motion [34] for Leave to File an Amended Answer to Delete Certain Affirmative Defenses, both filed by defendant. Having reviewed the submissions of the parties as well as all matters made a part of the record of this case, and having conferred with the parties during a telephonic hearing held on August 14, 2009, the court hereby finds and orders as follows:

1. Defendant's Motion [32] for Protective Order is denied, and Plaintiff is granted leave to conduct a 30(b)(6) deposition of Defendant's corporate representative(s). The deposition shall be completed on or before August 28, 2009. The Amended Case Management Order [25] is amended to extend the discovery deadline until August 28, 2009 **for this purpose only**. The parties are directed to confer in good faith immediately in an effort to clarify the scope of the 30(b)(6) deposition, as well as to resolve any scheduling or other logistical issues with respect to the deposition.

2. Defendant's *Ore Tenus* Motion [34] for Leave to File an Amended Answer to Delete Certain Affirmative Defenses is granted. Defendant shall file its amended answer on or before August 19, 2009. Defendant is granted leave only to delete on or more affirmative defenses from its answer.

3. The motions deadline (for dispositive and *Daubert* motions only) is extended until September 8, 2009. All other deadlines set forth in the Amended Case Management Order [25] shall remain in effect.

SO ORDERED this the 14th day of August, 2009.

s/ Michael T. Parker
United States Magistrate Judge